**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRANDY M. HERB,

           Petitioner

           v.

KEYSTONE HUMAN SERVICES AND
KEYSTONE SERVICES SYSTEMS, INC.,

           Respondents

:  No. 52 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.